[No. 13538-8-II.   Division Two.   May 6, 1992.]

PATRICIA ALLAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-10042-5, Thomas A. Swayze, Jr.,

J., entered January 12, 1990. *Affirmed as modified* by unpublished opinion per Petrich, C.J., concurred in by Morgan and Seinfeld, JJ. Now published at 66 Wn. App. 415.